UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24176-CIV-WILLIAMS

MSP RECOVERY CLAIMS, SERIES LLC,
*et al.*,

    Plaintiffs,

v.

NORTHLAND INSURANCE COMPANY,
*et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Chris M. McAliley's Report and Recommendation ("***the Report***") (DE 129) that the Court grant the Motion to Dismiss ("***the Motion***") (DE 107) filed by the Connecticut Defendants in this case.[1] In the Report, Judge McAliley finds that Plaintiffs have failed to meet their burden to allege facts sufficient to make out a *prima facie* case of personal jurisdiction and to establish that relevant provisions of Florida's long-arm statute applies to the Connecticut Defendants. (DE 129); *see also* Fla. Stat. § 48.193. No objections to the Report have been filed. Upon review of the Report, the record, and applicable case law, the Court agrees with Judge McAliley's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 129) are **AFFIRMED AND ADOPTED**.

2. The Connecticut Defendants' Motion to Dismiss (DE 107) is **GRANTED**.

---

[1] The Connecticut Defendants refer to the following named Defendants in the above-captioned case: The Travelers Indemnity Company; The Travelers Company of Connecticut; Travelers Casualty and Surety Company of America; The Travelers Casualty Company; Travelers Casualty Insurance Company of America; Travelers Commercial Casualty Company of America; Travelers Property Casualty Insurance Company; The Charter Oak Fire Insurance Company; Discover Property & Casualty Insurance Company; Farmington Casualty Company; Northland Casualty Company; Northland Insurance Company; The Phoenix Insurance Company; St. Paul Fire and Marine Insurance Company; St. Paul Guardian Insurance Company; St. Paul Mercury Insurance Company; and St. Paul Protective Insurance Company.

3. Plaintiffs' claims against the Connecticut Defendants are **DISMISSED WITHOUT PREJUDICE**. Moreover, as recommended in the Report, leave to amend the Second Amended Complaint is **DENIED**.

4. This case remains open as to all remaining Defendants.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 1st day of August, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE