**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:20-CV-24176-KMW**

MSP RECOVERY CLAIMS, SERIES LLC,

     Plaintiff,

v.

FIRST FLORIDIAN AUTO AND HOME
INSURANCE COMPANY, et al.,

     Defendants.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff MSP RECOVERY CLAIMS SERIES, LLC, and Defendants FIRST FLORIDIAN AUTO AND HOME INSURANCE COMPANY and STANDARD FIRE INSURANCE COMPANY, (hereinafter "Parties") notify the Court that they have settled this matter. Accordingly, the Parties respectfully request this Honorable Court enter an order dismissing this action with prejudice, with each party to bear their own costs and attorney's fees.

Dated: August 4, 2023

Respectfully submitted,

/s/ Andrés Rivero
ANDRES RIVERO
Florida Bar No. 613819
ANA MALAVE
Florida Bar No. 83839
RIVERO MESTRE LLP
2525 Ponce de León Blvd.,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
E-mail: arivero@riveromestre.com

/s/ Francesco Zincone
Francesco Zincone, Esq.
FL Bar No.: 100096
ARMAS BERTRAN ZINCONE
4960 S.W. 72nd Avenue
Suite 206

/s/ Laura Besvinick
Laura Besvinick, Esq.
FL Bar No: 391158
CLYDE & CO LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: (305) 446-2646
Fax: (305) 441-2374
lbesvinick@clydeco.us

Of Counsel:
Bryce L. Friedman
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Miami, Florida 33155
Tel: (305) 461-5100
Fax: (786) 221-2903
fzincone@armaslaw.com

*Attorneys for Plaintiff*

bfriedman@stblaw.com
aturner@stblaw.com

*Attorneys for Defendants First Floridian Auto and Home Insurance Company and The Standard Fire Insurance Company*